*UNITED STATES DISTRICT COURT*
*DISTRICT OF CONNECTICUT*

| | | |
|---|---|---|
| *Garrett Graves* | : | *CIVIL ACTION NO.:* |
| *Plaintiff* | : | |
| | : | |
| *Versus* | : | |
| | : | |
| *Chubb & Son, Inc.* | : | *April 16, 2012* |
| *Defendant* | : | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### *JURISDICTION*

1.  This is an action for damages, declaratory and injunctive relief, punitive damages, compensatory damages, and attorney's fees brought pursuant to Fair Labor Standards Act ("FLSA"). 29 U.S.C. 201 *et. seq*., and Connecticut General Statutes ("CGS") §31-72.

2.  The Plaintiff, MR. GARRETT GRAVES, ("Mr. Graves" or "Plaintiff") brings this action for unpaid wages against his former employer, CHUB & SON, INC.. ("Chubb" or "Defendant"), in violation of the FLSA and CGS §31-72.

3.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§1331 and with respect to the state law claim this Court has supplemental jurisdiction pursuant to 28 U.S.C. §1367, in that the state law claims are so related to the federal claims that they form part of the same case or controversy under Article III of the United States Constitution.

*VENUE*

4.      Venue in this district is appropriate pursuant to 28 U.S.C. §1391, because this is the district in which the events giving rise to the cause of action arose.

5.   Plaintiff, Mr. Garrett, is a citizen of the United States, residing in Nevada City, CA.  At all times relevant to this Complaint, the Plaintiff was an employee of the Defendant, as that term is defined by the FLSA and in the CGS.

*PARTIES*

6.   Plaintiff is a citizen of the United States and resident of California and currently resides at 12666 Robinson Rd, Nevada City CA, 95959.

7.   Defendant has a principal place of business located at 15 Mountain View Road, Warren, New Jersey, 07059.  Defendant operates out of multiple locations across the United States.

8.   At all times during his employment with the Defendant, the Plaintiff worked at the Defendant's Simsbury CT location.

9.   Defendant is an employer as that term is defined in the FLSA and the CGS.

10. Defendant employs in excess of fifteen (15) employees.

*FACTS*

11. On  or  about  December  20,  2006,  Plaintiff  commenced  employment  as  an Underwriting Trainee at Chubb's Simsbury Underwriting Service Branch (USB) performing

internal underwriting services for the Defendant, and earning approximately $42,000 annually.

12. At the time of his hire, and continuing through to the termination of his employment, the Plaintiff's primary job duties consisted of servicing and renewing an insurance portfolio.

13. In or about June 2007, Plaintiff was promoted to the position of USB Underwriter I with $1,000,000 in underwriting authority, and Plaintiff received a small increase in salary.

14. In or about January 2008, Plaintiff was promoted to the position of USB Underwriter II with $2,000,000 in underwriting authority, and Plaintiff received a small increase in salary.

15. In or about July 2008, the Defendant's internal and external sales functions were aligned and the Plaintiff was informed that he would be exempt from payment of overtime wages.  At that time, Plaintiff's job title changed to CSI Underwriter II, and he received a small salary increase.

16. In or about October 2008, the Plaintiff's workload increased he began working longer hours, often staying for an hour or two after the work day ended and working through lunches.

17. In or about May 2010, the Plaintiff relocated to California and continued working for the Defendant from a home office.

18. On or about December 15, 2010, the Plaintiff's employment with the Defendant was terminated.

19. From October 2008 through May 2010, the Plaintiff worked approximately forty-six (46) hours each week.

20. From May 2010 through December 15, 2010, the Plaintiff worked approximately fifty-two (52) hours each week.

## FIRST CAUSE OF ACTION- FLSA

21. Plaintiff repeats and re-alleges each and every allegation contained in Paragraphs 1 through 20 of this Complaint with the same force and effect as if set forth herein.

22. Defendant misclassified Plaintiff as an exempt employee and failed to pay him for the overtime hours he worked in violation of the FLSA.

23. As a result of the Defendant's unlawful conduct, the Plaintiff has suffered lost wages and has been forced to incur attorneys' fees and costs.

## SECOND CAUSE OF ACTION- CGS

24. Plaintiff repeats and re-alleges each and every allegation contained in Paragraphs 1 through 23 of this Complaint with the same force and effect as if set forth herein.

25. Defendant misclassified Plaintiff as an exempt employee and failed to pay him for the overtime hours he worked in violation of the FLSA.

26. As a result of the Defendant's unlawful conduct, the Plaintiff has suffered lost wages and has been forced to incur attorneys' fees and costs

-5-

## REQUEST FOR JURY TRIAL

The Plaintiff requests a trial by jury as to all claims to which he is entitled under the law.

Respectfully submitted,
THE PLAINTIFF

Robert Fortgang Associates
Greystone Court
573 Hopmeadow Street
Simsbury, CT  06070
(860) 658-1055

By:       /s/ Robert Fortgang
          Robert Fortgang
          CT Federal Juris No. ct5437
          CT State Juris No. 402006

## DEMAND AND RELIEF

WHEREFORE, the Plaintiff respectfully request this Court grant the Plaintiff the following relief:

a.    Declaring that the acts and practices complained of herein are in violation of state and federal laws;

b.    Directing Defendant to take such affirmative action as is necessary to ensure that the effects of these unlawful employment practices are eliminated;

c.    Awarding Plaintiff compensatory and punitive damages;

d.    Awarding Plaintiff the costs of this action together with reasonable attorneys' fees.

e.    Granting such other and further relief as this Court deems necessary and proper.

Respectfully submitted,
THE PLAINTIFF


Robert Fortgang Associates
Plaintiff's legal counsel
Greystone Court
573 Hopmeadow Street
Simsbury, CT  06070
(860) 658-1055

By:        /s/ Robert Fortgang
           Robert Fortgang
           CT Federal Juris No. ct5437
           CT State Juris No. 402006