UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARRET GRAVES, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| v. | : | 3:12-CV-568 (JCH) |
| | : | |
| CHUBB & SON, | : | MAY 15, 2015 |
| Defendant. | : | |

## VERDICT FORM

1. Do you find that Mr. Graves has proven that he worked in excess of forty hours in any week without receiving overtime pay?

    Yes ✓           No ____

2. Do you find that Chubb has proven that Mr. Graves was exempt under the FLSA administrative exemption?

    Yes ____        No ✓

    **Only answer Question 3 if you answered YES to Question 1 and NO to Question 2. If you answered NO to Question 1 or YES to Question 2, proceed to the end and have the Foreperson date and sign the Verdict Form.**

3. Do you find that Mr. Graves has proven that Chubb acted willfully in improperly classifying Mr. Graves as an exempt employee?

    Yes ____        No ✓

    **If your answer to Question 3 is YES, then the relevant time period for Mr. Graves claim is April 16, 2009, to December 1, 2010. If your answer to Question 3 is NO, then the relevant time period for Mr. Graves' claim is April 16, 2010, to December 1, 2010.**

4. What amount do you award to Mr. Graves as compensation for unpaid overtime?

    $9279.45

Dated at New Haven, Connecticut, this _15_ day of May, 2015.

/s/
_____
Foreperson