UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GARRETT GRAVES

v.                                                                  3:12CV568(JCH)

CHUBB & SON, INC.

## JUDGMENT

This matter came on for trial before a jury and the Honorable Janet C. Hall, United States District Judge, and as a result of the parties' Cross Motions for Summary Judgment. On May 15, 2015, after deliberation, the jury returned a verdict in favor of the plaintiff, Garrett Graves, for his FLSA claims, against defendant, Chubb & Son, Inc. in the amount of $9,279.45   In addition, on March 31, 2014, the court entered a Ruling granting plaintiff's Motion for Summary Judgment as to liquidated damages only and denying defendant's Motion for Summary Judgment.

In light of the jury verdict and the court's Ruling, judgment is entered in favor of the plaintiff, Garrett Graves in the amount of $18,558.90, representing the jury verdict of $9,279.45 and liquidated damages in the amount of $9,279.45, for a total amount of $18,558.90.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff, Garrett Graves, against defendant, Chubb & Son, Inc., in the total amount of $18,558.90,  and the case is closed.

Dated at New Haven, Connecticut, this 22nd day of May, 2015.

ROBIN D. TABORA, Clerk

By /s/ Diahann Lewis
Deputy Clerk

Entered on Docket 5/22/2015